01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                    )
                                             )
     Plaintiff,                             )
                                             )     Case No. 05-369M
     v.                                     )
                                             )
JOSE ALVARADO-PINEDA,                        )     DETENTION ORDER
                                             )
     Defendant.                             )
_____ )

Offenses charged:

     Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

Date of Detention Hearing:  July 21, 2005.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     (1)    The complaint filed on July 21, 2005,  indicates that an immigration detainer has

been lodged against the defendant.

     (2)    Defendant is viewed as a risk of nonappearance because he is a native and citizen

of Mexico.

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 1

01  (3)  There appear to be no conditions or combination of conditions that will

02  reasonably assure the defendant's appearance at future Court hearings.

03  (4)  Defendant has stipulated to detention due to the detained placed on him by the

04  Immigration and Customs Enforcement agency and has reserved the right to contest his

05  continued detention if there is a change in circumstances.

06  IT IS THEREFORE ORDERED:

07  (1)  Defendant shall be detained pending trial and committed to the custody of the

08  Attorney General for confinement in a correction facility separate, to the extent

09  practicable, from persons awaiting or serving sentences or being held in custody

10  pending appeal;

11  (2)  Defendant shall be afforded reasonable opportunity for private consultation with

12  counsel;

13  (3)  On order of a court of the United States or on request of an attorney for the

14  government, the person in charge of the corrections facility in which defendant

15  is confined shall deliver the defendant to a United States Marshal for the purpose

16  of an appearance in connection with a court proceeding; and

17  (4)  The Clerk shall direct copies of this Order to counsel for the United States, to

18  counsel for the defendant, to the United States Marshal, and to the United States

19  Pretrial Services Officer.

20  DATED this 22nd day of July, 2005.

21

22

23  JAMES P. DONOHUE
    United States Magistrate Judge

24

25

26

DETENTION ORDER                                                                 15.13
18 U.S.C. § 3142(i)                                                           Rev. 1/91
PAGE 2